# Richard A. Miller & Associates

356 Veterans Memorial Highway, Suite 3
Commack, New York 11725
Telephone (631) 543-3030    Facsimile (631) 543-2888
Email: RAMillerEsq@aol.com

Richard A. Miller, Esq.                          Of Counsel:

                                                            Albert Adam Breud, Esq.
                                                             Terrence P. Buckley, Esq.
                                                             Jonathan E. Kirchner, Esq.

October 10, 2014

Hon. Arthur D. Spatt
Senior Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:     **United States v. Aaron Wider**
                  **Criminal No.: 14-221 (ADS)**

Dear Judge Spatt:

      At the last conference, which was held on September 19, 2014, this office requested that Mr. Wider, who is still in custody, be granted permission to use the jail library for 10 hours a week. Your Honor had indicated to "fax" a letter to chambers requesting said permission in writing. As such, this office respectfully requests that Your Honor permit Mr. Wider to use the jail facility for 10 hours per week.

*Request made.*
SO ORDERED

_____
ARTHUR D. SPATT, U.S. District Judge

DATED: _____10/10/14_____

Sincerely,

Jonathan Edward Kirchner, of counsel
Richard A. Miller & Associates

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**

1